NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AMAZON TECHNOLOGIES, INC.,**
*Appellant*

**v.**

**GAMES PARK WORLDWIDE, LTD.,**
*Appellee*

---

2024-1196

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 91246977.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2    AMAZON TECHNOLOGIES, INC. V. GAMES PARK WORLDWIDE,
LTD.

(2) Each side shall bear their own costs.

FOR THE COURT

March 29, 2024
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** March 29, 2024